Shaina Patricia Clark
Name

P.O. Box 113

Togiak, AK 99678
Mailing address

(907) 493-5815
Telephone

RECEIVED
JUN 0 1 2010
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Shaina Patricia Clark,
(Full name of plaintiff in this action)

Plaintiff,

vs. The Municipality of Anchorage,
The Anchorage Police Department,
OFC George R. Vrablik III
OFC Hsieh, OFC Keo Fujimoto,
OFC Kevin W. McDonald
OFC Jason J. Allen,
OFC Reid A. Appelo
OFC John M. Gallen,
(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:10-CV-00114-JWS
(To be supplied by Court)

COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

(NON-PRISONERS)

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, list them below.

18 U.S.C. § 1346

18 U.S.C. § 241, 242

42 U.S.C. § 14141. Types (1)(2)(3)(5)

Page 1 of 10

PS02 (6/03)

Case 3:10-cv-00114-JWS   Document 1   Filed 06/01/10   Page 1 of 13

**B.| Parties**

1. Plaintiff: This complaint alleges that the civil rights of  Shaina P. Clark ,
(print your name)
who presently resides at P.O. Box 113 Togiak, AK 99678 , were
(mailing address)
violated by the actions of the below named individual(s). The actions were directed against Plaintiff
at 3905 Carolina St. #53 Anchorage, AK on the following dates: 12-17-07 ,
(place where violation occurred) (Claim 1)
12-17-07 and 12-17-07 .
(Claim 2) (Claim 3)

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, The Municipality of Anchorage , is a citizen of
(name)
Alaska , and is employed as a City Organization .
(state) (defendant's government position/title)

SPC This defendant **personally participated** in causing my injury, and I want **money damages**.

SPC The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, The Anchorage Police Department , is a citizen of
(name)
Alaska , and is employed as Public Safety Department .
(state) (defendant's government position/title)

SPC This defendant **personally participated** in causing my injury, and I want **money damages**.

SPC The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, OFC George R. Vrablik III , is a citizen of
(name)
Alaska , and is employed as an Anchorage Police Officer .
(state) (defendant's government position/title)

SPC This defendant **personally participated** in causing my injury, and I want **money damages**.

SPC The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Page 2 of 10

**B.2 Parties**

1. Plaintiff: This complaint alleges that the civil rights of __Shaina P. Clark__,
(print your name)
who presently resides at __P.O. Box 113 Togiak, AK 99678__, were
(mailing address)
violated by the actions of the below named individual(s). The actions were directed against Plaintiff
at __3905 Cardina St. #53   Anchorage, AK__ on the following dates: __12-17-07__,
(place where violation occurred) (Claim 1)
__12-17-07__ and __12-17-07__.
(Claim 2) (Claim 3)

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __OFC Hsieh__, is a citizen of
(name)
__Alaska__, and is employed as an __Anchorage Police Officer__.
(state) (defendant's government position/title)

__SPC__ This defendant **personally participated** in causing my injury, and I want **money damages**.

__SPC__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __OFC Kevin W. McDonald__, is a citizen of
(name)
__Alaska__, and is employed as an __Anchorage Police Officer__.
(state) (defendant's government position/title)

__SPC__ This defendant **personally participated** in causing my injury, and I want **money damages**.

__SPC__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __OFC Jason J. Allen__, is a citizen of
(name)
__Alaska__, and is employed as an __Anchorage Police Officer__.
(state) (defendant's government position/title)

__SPC__ This defendant **personally participated** in causing my injury, and I want **money damages**.

__SPC__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**B.3 Parties**

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of **Shaina P. Clark**,
(print your name)
who presently resides at **P.O. Box 113 Togiak, AK 99678**, were
(mailing address)
violated by the actions of the below named individual(s). The actions were directed against Plaintiff
at **3905 Carolina St #53 Anchorage, AK** on the following dates: **12-17-07**,
(place where violation occurred) (Claim 1)
**12-17-07** and **12-17-07**.
(Claim 2) (Claim 3)

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **OFC Reid A. Appelo**, is a citizen of
(name)
**Alaska**, and is employed as an **Anchorage Police Officer**.
(state) (defendant's government position/title)

**SPC** This defendant **personally participated** in causing my injury, and I want **money damages**.

**SPC** The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, **OFC John M. Gallen**, is a citizen of
(name)
**Alaska**, and is employed as **an Anchorage Police Officer**.
(state) (defendant's government position/title)

**SPC** This defendant **personally participated** in causing my injury, and I want **money damages**.

**SPC** The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, **OFC Keo Fujimoto**, is a citizen of
(name)
**Alaska**, and is employed as an **Anchorage Police Officer**.
(state) (defendant's government position/title)

**SPC** This defendant **personally participated** in causing my injury, and I want **money damages**.

**SPC** The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5, etc.").

Claim 1: The following civil right has been violated: __Due Process__

(e.g., due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1. Include **dates**.)

Without probable cause. I was awaken from my sleep by an officer who was later identified to me as Anchorage Police Officer George R. Vrablik III. And also present was Anchorage Police Officer HSIEH; and as well as Officer McDonald. I was sleeping in the privacy of my bedroom as I was an 8th grader at Romig Junior High School I needed to get up early in the morning. The officers had no right to trespass into my room and shake me from my sleep. I don't remember any of the officers identify themselves to me.

Claim 2: The following civil right has been violated: __Battery__
(e.g., due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2. Include **dates**.)

Next in my confusion officer Vrablik struck me with a flashlight on my leg and face causing me to have a bloody nose, as he jerked me up out of my bed. Officer Vrablik and Officer HSIEH then drug me into the kitchen, shoved my face against the wall, and slammed me to the floor, then handcuffed me. They demanded I give a P.B.T. and so I did. The results showed .000.

Claim 3: The following civil right has been violated: __False Arrest__

(e.g., due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3. Include **dates**.)

They put handcuffs on me without probable cause, and placed me under arrest for Disorderly Conduct and Resisting Arrest. All the charges were droped and dismissed that night after they were fully informed of the facts, and they left my nine year old brother in my care, for approximately a month while my parents were in jail.

Claim 3 of 4

Claim 4: The following civil right has been violated: __False Imprisonment__
(e.g., due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one civil right violation.)

Supporting Facts: (Briefly describe facts you consider important to Claim 3. State what happened clearly, in your own words. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 3. Include dates.)

After I was handcuffed and placed under arrest, against my freewill I was forced to sit down for approximately an hour pending while the Anchorage Police officers were getting their facts straight to the point of my release from custody.

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action? ✓ Yes ___ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s): Shane Patrick Clark, et al.

Defendant(s): The Municipality of Anchorage et al.

b. Name and location of court: United States District Court For The District Of Alaska

c. Docket number: 3:09-cv-00248-JWS

d. Name of judge to whom case was assigned: John W. Sedwick

e. Disposition: Dismissed without Prejudice
   (For example, was the case dismissed, appealed or still pending?)

f. Issues Raised: Malfeasance, Battery, False arrest, False imprisonment, loss of empayment, family displacement "homelessness".

g. Approximate date case was filed: 12-16-09

h. Approximate date of final decision: 2-1-10

## E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction ordering defendant(s) The Municipality of Anchorage, The Anchorage Police Department, OFC George R. Vrablik III, OFC HSIEH, OFC Kevin W. McDonald, OFC Jason J. Allen, OFC Reid A. Appelo, OFC John M. Gallen

2. Damages in the amount of $ 3,000,000.00

3. Punitive damages in the amount of $ 3,000,000.00

4. Declaratory judgment: _____

5. Attorney's fees, in the event plaintiff is or will be represented by counsel, of $ Pending

5. Other: _____

Plaintiff demands a trial by ✓ Jury ___ Court. (Choose one.)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

*Shaina Clark*
**Plaintiff's Original Signature**

Shaina Patricia Clark
**Plaintiff's Full Name**

Executed at Togiak, Alaska (Location) on 5/27/10 (Date)

Page 9 of 10

Case 3:10-cv-00114-JWS   Document 1   Filed 06/01/10   Page 10 of 13

_Shane P. Clark_  
Original Signature of Guardian  

5/27/10  
(Date)

Shane Patrick Clark

P.O. Box 113

Togiak, AK 99678  
Father of Minor Child



$1.90
05/27/2010
Mailed From 99678

**To:** United States District Court

Clerk's office,

222 W. 7th tre, #4

Anchorage, Alaska 99513-7564

ReadyPost

From: Sheiria P Clark
PO Box 113
Togiak, Ak. 99678-0113

To: United States
Clerk's office
222 W. 7th Ave